GEORGE W. MAYTHAM, Appellant, *v.* ELMER L. DUNCAN et al., as Executors of JOHN KELDERHOUSE, Deceased, Respondents.

*Maytham* v. *Duncan*, 163 App. Div. 931, affirmed.

(Argued May 11, 1916; decided May 30, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 19, 1914, affirming a judgment in favor of defendants entered upon the report of a referee dismissing the claim of the plaintiff, based upon an alleged oral agreement, against the estate of John Kelderhouse, deceased. It appeared that one Benjamin L. Cowles was a shipbuilder in the city of Buffalo and that he had in his possession an engine, boiler and other material for the building of a tug, but had no money to put the articles together and complete it. Maytham, the plaintiff in the case at bar, became acquainted with this state of facts and saw Cowles in regard to the matter, Cowles stating

to Maytham that he would build a tug if Maytham could get some money to put the articles together and complete it. Plaintiff procured defendant's intestate to advance the money under an agreement with Cowles that said intestate should be entitled to four-fifths of the profits on the sale of the tug. Plaintiff alleged an oral agreement with intestate whereby he was to receive one-half of the said four-fifths of profits.

*Charles Newton* and *A. W. Plumley* for appellant.

*Albert C. Spann* for respondents.

Judgment affirmed, with costs, under the last sentence of section 1317 of the Code of Civil Procedure; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.